RECEIVED
IN MONROE, LA
OCT 14 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ARIN McLEAN | CIVIL ACTION NO. 08-0865 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CENTURYTEL OF MISSOURI, LLC, ET AL. | MAG. JUDGE MARK L. HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 42], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

IT IS HEREBY ORDERED that the Motion to Strike Collective Action Allegations [Doc. No. 33] is DENIED.

IT IS FURTHER ORDERED that Plaintiff Arin McLean file any motion to certify this matter as a collective action within 60 days from the date this order is entered.

MONROE, LOUISIANA, this 13th day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE